1  F. Richard Ruderman (SB No. 142226)
   rick@rudermanknox.com
2  Colleen A. Snyder (SB No. 274064)
   colleen@rudermanknox.com
3  RUDERMAN & KNOX, LLP
   1300 National Drive, Ste. 120
4  Sacramento, CA 95834
   Telephone: (916) 563-0100
5
   Attorneys for Plaintiff
6

**IT IS SO ORDERED**
*Lucy H. Koh*
Judge Lucy H. Koh

The Clerk shall close the case file.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| S.M., by and through his Guardian ad Litem, J.R.,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | CASE NO. 5:14-CV-03613-LHK<br><br>**NOTICE OF DISMISSAL**<br><br>JUDGE: HON. LUCY H. KOH |

Counsel for Plaintiff S.M., by and through his guardian ad litem, J.R., hereby DISMISSES the Complaint in this action, pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

Dated:   April 27, 2015        **RUDERMAN & KNOX, LLP**


/S/ COLLEEN A. SNYDER
Colleen A. Snyder, Attorney for Plaintiff

**NOTICE OF DISMISSAL**                                               Page 1
**CASE NO. 5:14-CV-03613-LHK**